IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JEFFREY L. CLEMENS, | ) | CASE NO.: |
| | ) | |
| Plaintiff, | ) | JUDGE |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID A. KATZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | NOTICE OF REMOVAL |

NOW COMES the Defendants, Federal Bureau of Investigation ("FBI") Special Agent Ingerd Sotelo ("Sotelo") and Secret Service Agent Ralph Sozio ("Sozio"), by and through Gregory A. White, United States Attorney for the Northern District of Ohio, and Lynne H. Buck, Assistant United States Attorney, and respectfully states as follows:

1. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), 1446, and 2679(d)(2), for the removal for disposition of Case No. CI 0200704650-000, captioned <u>Jeffrey L. Clemens v. David Katz et al.</u>, now pending in the Lucas County

Court of Common Pleas, Ohio.

2. Defendants Sotelo and Sozio are sued individually and but have not been properly served in this case. The United States Attorney's Office has not been served but received a copy of the Complaint that was filed in the Lucas County Court of Common Pleas on July 2, 2007. A copy of the Complaint is attached hereto.

3. In the Complaint, Plaintiff alleges that he suffered injuries and violation of his rights under the United States Constitution.

4. This action involves issues of federal law and has been brought against individual officers of the United States acting within the scope of federal employment. Therefore, this action properly may be removed to the United States District Court for the Northern District of Ohio, Western Division, pursuant to 28 U.S.C. §§ 1441 and 1442(a)(1)and 2679(d)(2).

5. This Notice of Removal is being filed on August 1, 2007. This notice is thus timely pursuant to 28 U.S.C. § 2679(d)(2) and proper in accordance with the provisions of 28 U.S.C. §§ 1441, 1442(a)(1), and 1446.

6. A copy of this notice will promptly be served on all parties and filed with the clerk of the Lucas County Court of Common Pleas, pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Defendants Sotelo and Sozio give notice that the within action is removed to the United States District Court for the Northern District of Ohio, Western Division.

                        Respectfully submitted,

                        GREGORY A. WHITE
                        United States Attorney

              By:  s/Lynne H. Buck
                   Lynne H. Buck #0014166
                   Assistant U.S. Attorney
                   United States Courthouse
                   801 West Superior Avenue, Suite 400
                   Cleveland, Ohio 44113-1852
                   (216) 622-3712
                   Fax: (216) 522-4982
                   E-Mail: lynne.buck@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Removal was served, via regular U.S. Mail, postage pre-paid, the 1st day of August, 2007 upon the following:

| | |
|---|---|
| Jeffrey L. Clemens<br>412 Dockway Drive<br>Huron, Ohio 44839<br><br>Pro Se Plaintiff<br><br>Jane S. Randall<br>1400 Fifth Third Center<br>608 Madison Avenue<br>Toledo, Ohio 43604<br><br>Defendant | Charlene A. Cassel<br>c/o Court Diagnostic and<br>Treatment Center<br>One Stranahan Square #352<br>Toledo, Ohio 43604<br><br>Defendant<br><br>Gavin De Becker Inc.<br>11684 Ventura Blvd., #440<br>Studio City, CA 91604<br><br>Defendant |

s/Lynne H. Buck
Lynne H. Buck
Assistant U.S. Attorney