**LUCAS COUNTY COMMON PLEAS COURT**
CORNER ADAMS & ERIE STREETS
TOLEDO, OHIO 43604

RECEIVED
2007 JUL 5 PM 2 17
U.S. ATTORNEYS
TOLEDO, OH

**SUMMONS**
**CIVIL ACTION**

THOMAS P WELDON
C/O US ATTORNEYS OFFICE
FOUR SEAGATE #308
TOLEDO, OH 43604

G-4801-CI-200704650-000

JUDGE: FREDERICK H. MCDONALD

    You have the right to seek legal counsel. If you cannot afford a lawyer, you may contact the Legal Services of Northwest Ohio. If you do not qualify for services by the Legal Services of Northwest Ohio and do not know an attorney you may contact the Toledo Bar Association's Lawyer Referral Service (419) 242-2000.

    You have been named as a defendant in a Complaint filed in this Court by the plaintiff named below. A copy of the Complaint is attached to this Summons.

    You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the plaintiff, if he has no attorney of record, a copy of an answer to the complaint, within twenty-eight (28) days after you receive this Summons, exclusive of the of the day of service. Your answer must be filed with the Clerk of Court of Common Pleas within three (3) days after the service of a copy of the Answer on the plaintiff's attorney.

    If you fail to serve and file your Answer, judgment by default will be rendered against you for the relief demanded in the Complaint.

PLAINTIFF (S)
JEFFREY CLEMENS
412 DOCKWAY DRIVE
HURON, OH 44839

ATTORNEY FOR PLAINTIFF(S)
PRO SE

BERNIE QUILTER
CLERK OF COURTS

Date: July 03, 2007

By: _____
Deputy Clerk